UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS NORRIS,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL MARTEL, WARDEN,<br><br>    Respondent. | CASE NO. CV 08-475-DOC (PJW)<br><br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

  DATED: <u>October 19, 2009</u>.

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~4440046.wpd